1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11    KEVIN H. SCOTT, et al.,                  )    Case No. **1:18-cv-00861-LJO-JLT**
                                               )
12                        Plaintiffs,          )    **ORDER ON STIPULATION TO DISMISS**
                                               )    **THE FIRST AND SECOND CAUSES OF**
13                        vs.                   )    **ACTION**
                                               )
14    JAYCO, INC., et al.,                     )    (Doc. 10)
                                               )
15                        Defendants.          )
      _____ )
16

17          The parties agree (Doc. 10) the plaintiffs will no longer pursue the claims for (1) Violation

18    of the Song-Beverly Consumer Warranty Act Breach of Express Warranty; or (2) Violation of the

19    Song-Beverly Consumer Warranty Act Breach of Implied.  They agree further that the plaintiffs are

20    forever barred from pursuing these claims against the defendant.  Thus, the Clerk of the Court is

21    DIRECTED to note on the docket the plaintiffs' agreement to dismiss these causes of action with

22    prejudice.

23
      IT IS SO ORDERED.
24

25       Dated:   __**September 25, 2018**__          ____**/s/ Jennifer L. Thurston**____
                                                      UNITED STATES MAGISTRATE JUDGE
26

27

28